November 11, 1971

## Commonwealth *v.* Barnes, Appellant.

Submitted June 22, 1971. *Robert Morris Cohen,* for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: In the appeal at No. 366, October Term, 1971, the order is affirmed.

In the appeal at Nos. 383/385, October Term, 1971, the judgment of sentence is affirmed.

## Commonwealth *v.* Diamond, Appellant.

Argued September 13, 1971. *Charles F. Mayer,* for appellant; *O. Warren Higgins,* Assistant District Attorney, with him *Ralph B. D'Iorio,* Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.